AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| JULIAN DEANDRE WHEELER | ) | 6:26-mj- 1575 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 4th, 2026_____ in the county of _____Brevard_____ in the _____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113 (a)(6) | Assault within maritime and territorial jurisdiction. |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nishandra Rosa, SA, FBI
_____
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 5/15/2026

_____
*Judge's signature*

City and state:        Orlando, Florida        Hon. NATHAN W. HILL, U.S. Magistrate Judge
_____
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIAN DEANDRE WHEELER | Case No. 6:26-mj-1575<br><br><br>**Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Nishandra Rosa, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since July 2022. I am currently assigned to the Tampa Field Office, Brevard Resident Agency, where I am responsible for, among other things, conducting criminal investigations. During my tenure with the FBI, I have participated in investigations concerning narcotics violations, bank robberies, crimes against children, complex financial crimes, felons in possession of firearms, and the use of firearms during the commission of violent felonies.

2. This affidavit is not intended to be a complete and detailed description of all the facts and evidence discovered during this investigation. I have set forth only the information I believe is necessary to establish the required foundation for the issuance of the Complaint requested.

3. This affidavit is being submitted for the purpose of obtaining a criminal complaint charging Julian Deandre Wheeler ("WHEELER") with assault on federal property in violation of 18 U.S.C § 113(a)(6). That statute prohibits and provides

punishment for assaults within the maritime and territorial jurisdiction of the United States.

## JURISDICTION

4.  Blockhouse Beach is located outside the Patrick Space Force Base. However, the Department of the Air Force, Office of Special Investigations ("OSI") stated the beaches located outside of the Patrick Space Force Base are exclusive federal property. This exclusive jurisdiction is established under the Enclave Clause of the U.S Constitution, which grants the federal government exclusive legislative jurisdiction over the land for any and all reasons.

## PROBABLE CAUSE

5.  On or about April 14, 2026, the FBI received a referral from OSI, through the Patrick Space Force Base located in Brevard County. This referral identified an incident that occurred at a beach located on Patrick Space Force Base.

6.  This referral identified an individual, Julian Deandre WHEELER, who physically assaulted Victim-1 near Blockhouse Beach on April 4, 2026. Due to the severity of the injuries, Victim-1 was unable to be interviewed at the scene and was transported to Health First's Viera Hospital for medical treatment.

7.  OSI obtained written statements from two witnesses who were leaving the beach at the time of the incident. They reported observing a black male, approximately 6'1" tall, driving a Honda Ridgeline. The vehicle was blocking another car, and the male was seen physically striking someone while shouting. The witnesses also reported that the individual made eye contact with them before

driving away. When the witnesses approached the victim, she was bleeding from her head.

8.    OSI was able to visit Health First's Viera Hospital and obtain a verbal statement from Victim-1. Victim-1 confirmed that she was struck multiple times in the head with a can of wasp spray. The victim identified the male as WHEELER, the father of their child. Victim-1 further revealed that there was a history of violent behavior from WHEELER in their relationship.

9.    On April 30, 2026, I was able to interview Victim-1. According to Victim-1, she and WHEELER arranged to meet at Blockhouse Beach to spend time together. At Blockhouse Beach, they got into an argument, and Victim-1 left to go to another beach down the road. Victim-1 pulled into a parallel parking spot and WHEELER parked his vehicle perpendicular to Victim-1's vehicle, blocking her in.

10.    While WHEELER was in his vehicle with the driver window open, Victim-1 sprayed the can of wasp spray in the direction of the vehicle. WHEELER exited his vehicle and physically assaulted Victim-1. Victim-1 recalls being thrown into multiple areas inside and outside of her vehicle. Victim-1 also recalls being thrown onto the ground and having her head repeatedly being picked up and thrown back down onto the ground. Victim-1 recalls WHEELER striking her with the can of wasp spray. Victim-1 stated that when she opened her eyes, she saw multiple women standing above her. Victim-1 was then transported to Health First's Viera Hospital.

11.    The Health First after-visit summary given to the victim states there was a large hematoma to the scalp, laceration of skin and scalp, contusions to the face

3

and strain of neck muscles. The after-visit summary states a repair of multiple lacerations were done with sutures and staples that would need to be removed after 8 days.

12.    WHEELER was previously convicted on March 8, 2000, for domestic battery for an incident pertaining to another woman. According to the arrest affidavit for the March 3, 2000, incident, Victim-2 was dropping off their child to WHEELER and an argument ensued. WHEELER struck Victim-2 in the face and left the scene. Later, WHEELER turned himself in and admitted to striking Victim-2 and was arrested for 3rd degree battery.

13.    WHEELER was also previously convicted on January 12, 2004, for 3rd degree assault. According to the arrest affidavit for the January 12, 2004, incident, WHEELER was pulled over and arrested for aggravated assault on another driver.

14.     WHEELER's criminal history also includes a failure to appear and possession of a firearm charge.

15.     This completes my affidavit.

Respectfully submitted,

_____
Special Agent Nishandra Rosa
Federal Bureau of Investigation

Affidavit submitted by email and attested to
me as true and accurate by telephone consistent
with Fed. R. Crim. P. 41(d)(3) before me on
May __15th__, 2026.

_____
HON. NATHAN W. HILL
United States Magistrate Judge

5